IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAURA HOLMAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 21-112-BAH |
| GREYHOUND LINES, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER EXTENDING DEADLINE TO RESPOND TO MAY 27, 2022, ORDER</u>**

On June 7, 2022, the Court, joined by counsel for Plaintiff Laura Holman ("Plaintiff"), Co-Defendant Greyhound Lines, Inc. ("Greyhound"), and Co-Defendant Just On Time Freight Systems, Inc. ("JOT"), held a teleconference call (the "Call") to clarify certain matters in the Court's May 27, 2022, Memorandum Opinion and Order, ECF 59, 60. Accordingly, for the reasons discussed during the Call, it is hereby ORDERED that:

1) All parties have fourteen (14) days from the entry of this Order to file a supplemental brief on the following pending matters: (a) Greyhound's indemnification and contribution crossclaims, ECF 20; (b) JOT's contribution crossclaim, ECF 24; and (c) Greyhound's Motion to Dismiss JOT's crossclaim for contribution, ECF 54;

2) All parties have seven (7) days from the filing date of said briefs to file a reply; and

3) The Court understands that Plaintiff, as indicated on the Call, will not be filing additional briefing, and requests that Greyhound and JOT promptly inform the Court, by way of a short filing, if they, too, decide not to file a brief or reply.

It is so **ORDERED**.

Dated: June 8, 2022

/s/
Brendan A. Hurson
United States Magistrate Judge